UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>Felipe JAIME-Martinez,<br><br>              Defendant. | Case No.   20MJ2032<br><br>ORDER AND FINDINGS OF FACT |

On March 17, 2020, the Chief United States District Judge of the Southern District of California entered an Order suspending jury trials and other proceedings scheduled to begin before April 16, 2020. *See* Order of the Chief Judge No. 18, Suspension of Jury Trials and Other Proceedings during the COVID-19 Public Emergency (March 17, 2020). On April 15, 2020, the Chief Judge extended that Order by 30 days to May 16, 2020. *See* Order of the Chief Judge No. 24, Extending Suspension of Jury Trials and Other Proceedings during the COVID-19 Public Emergency (April 15, 2020). On May 15, 2020, the Chief Judge extended that Order a second time by another 30 days. *See* Order of the Chief Judge No. 27, Criminal Case Proceedings During the COVID-19 Public Emergency (May 18, 2020).

These Orders, which are hereby incorporated by reference, were imposed based on (1) the state of emergency declared in response to the spread of the coronavirus (COVID-19), (2) the restrictions on public gatherings recommended by the Centers for Disease Control and Prevention, (3) the lack of a quorum of grand jurors during the period of national emergency, and (4) restrictions on attorney visits imposed at the Metropolitan Correctional Center. In light of the public health restrictions and in order to protect public safety and prevent the spread of the COVID-19 outbreak, the Court declared a judicial emergency under 18 U.S.C. § 3174 and continued or suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" until June 1, 2020.

Due to the effect of the public health recommendations on the ability of grand jurors and counsel to be present in the courtroom in light of the recent outbreak of COVID-19 and the well-documented concerns surrounding this virus, the time period between today's date and June 1, 2020, will be excluded. For the reasons outlined in Chief Judge Order Nos. 18, 24, and 27, the Court specifically finds that "extraordinary circumstances exist and justice requires" that defendant's preliminary hearing be continued beyond the 14-day deadline of Fed. R. Crim. P. 5.1(c). As outlined in the Order of the Chief Judge, current health restrictions have "greatly jeopardized" the ability of counsel, witnesses, parties, and Court staff to be present in the courtroom. As a result, the Court has suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" until June 1, 2020. For these reasons, the deadline

for holding a preliminary hearing in this case will be extended to June 14, 2020, absent further order from this Court.

IT IS SO ORDERED.

DATED: May 29, 2020

*Allison H. Goddard*
HONORABLE ALLISON H. GODDARD
United States Magistrate Judge